STATE OF NEW JERSEY v. KARIN COLEN.

July 10, 1979.  Petition for certification denied.

MARGARET AND LARRY JACKSON v. N. J.
MANUFACTURERS INSURANCE CO.

July 10, 1979.  Petition for certification denied.  (See 166 *N.J.Super.* 448).

CITY OF CAMDEN v. BRENDAN T. BYRNE.

July 10, 1979.  Petition for certification granted.

HARRY C. CHASHIN v. ALLSTATE INSURANCE COMPANY.

July 10, 1979.  Petition for certification denied.

IN REVIEW OF ADMINISTRATIVE PROMULGATION N. J.
ASSOCIATION OF HEALTH CARE FACILITIES v.
JOANNE E. FINLEY.

July 10, 1979.  Petitions for certification granted.  (See 168 *N.J.Super.* 152).

STATE OF NEW JERSEY v. GEORGE JOUNAS.

July 10, 1979.  Petition for certification denied.